UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
SEP 0 2 2008
SEP 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Gregory D. Spence

_(Enter above the full name of the plaintiff or plaintiffs in this action)_

**08CV4977
JUDGE ZAGEL
MAG. JUDGE BROWN**

vs.　　　Case _____
(To be supplied by the Clerk of this Court)

The City of Glennwood
The GlennWood Police Dept.

_(Enter above the full name of ALL defendants in this action. Do not use "et al.")_

CHECK ONE ONLY:

**X**　COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

____　COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

____　OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

  A. Name: Gregory D. Spence
  B. List all aliases: Gregory D. Clark
  C. Prisoner identification number: 2008 000 0463
  D. Place of present confinement: Cook County Dept. of Corrections
  E. Address: P.O. box 089002, Chicago IL 60608

  (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
  (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: Joe Falica
     Title: Chief of Police
     Place of Employment: Glennwood Police Department
  B. Defendant: Officer Willett
     Title: Officer
     Place of Employment: Glennwood Police Department
  C. Defendant: Officer Bennett
     Title: Officer
     Place of Employment: Glennwood Police Department

  (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

NONE

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

As of Aug. 24th 2005 during a traffic stop in glennwood, IL. I was accompanying my friend while he drove northbound on halstead toward 183rd coming from Chicago Heights to take his cousin whom was in the back seat to his home in Harvey. when officers willett and Bennett pulled in Gas station behind my friend and they both approached the car and asked my friend for drivers license and registration. officer bennett approached passenger front side and asked have I ever been arrested I responded no I gave him my Social Security and full name, no warrants or record of any kind came back. officer willett and Bennett told me and the back seat passenger to get out the car while officer willett was talking to the driver whom he had stepout the car already, all three of us were asked to stand at the back of the car with officer willett while

Revised 9/2007

officer bennett searched the car where he got a black book bag from the back seat and took out 2 ski mask and the back seat passenger told officers it was his bag. officer bennett found a loaded gun in the rear back seat behind passenger side, and found another gun by the driver side. I had no knowledge of these weapons being in the vehicle. in the police station I was locked up in a holding cell. unsanitized, I was denied a phone call at my request I was not told that I was under arrest, at the time. I was taken in a small room where it was just me, officer willett and bennett. I tried to explain to officers when I got in the car and where I was going to, officer willett became very angry with me because I would not give him answers to questions I knew nothing about. officers willett and Bennett got a confession of a armed Robbery from the other two who were in custody and exclaimed I knew of their actions. officer willett and Bennett were using foul language at me and I began to become very afraid because I did not know if I was going to be beat or hurt very badly. officer bennett begin to remove his watch and told me "He's the nice one

5

indicating officer willett would not be as brutal as he was going to be if I did not give them what they wanted. officer willett began to type statement on the computer while officer willett was typing officer bennett was sitting right in front of me. Staring coldly at me like he was about to punch me. I was told to sign the 2 sheets of paper and another one, as much as I did not want to, I signed them anyway because I knew if I didn't they were gonna make good on they're promise to beat the shit out of me. I was scared and confused. my statement was a indirect result of physical and mental coercion and inducments were involuntarily. any waiver of rights were not made voluntarily, knowingly and willingly. my confession was made after my arrest therefore elicited in violation of my constitutional rights under the 5th, 6th amendments of the U.S. Constitution: miranda v. arizona, 384 U.S 436: U.S. Ex Rel: Sanders v. Rowe, 460 F. Supp. 1128 U.S EX REL Williams v. Twomey, 467 F.2d. 1243: massiaH v. United States 377 U.S 201 and people v. Grant, 380 N.E 2d. 257 nothing of free will existed. statement in itself is fruit of poisonous tree" of misconduct and 4th amendment violation. statement was not my own oral or written.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I was forced to sign a confession to a crime I did not commit, I have lost my family, my job, my reputation, my children. The Glennwood police has manipulated and cost me everything in my life.

VI. The plaintiff demands that the case be tried by a jury.   YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 23rd day of Aug, 20 08

_Gregory Spence_
(Signature of plaintiff or plaintiffs)

Gregory D. Spence
(Print name)

2008 000 0463
(I.D. Number)

Cook County Dept. Corrections
P.O. Box 089002
Chicago, IL 60608
(Address)

6

**Resident Funds Inquiry**
**Current User Name: PROGSERV** Logout

ResId: 20080000463    [ Submit ]

Resident Id: **20080000463**
Resident Name: **SPENCE , GREGORY D.**
Date of Birth:
Location: **093G -30 -91**

**Account Activity:**                                                                 Prior History

| Date | Transaction Type | Transaction Description | Amount | Balance | Due | Total |
|---|---|---|---|---|---|---|
| 8/06/2008 | DEPMO | 252291 | 20.00 | 20.05 | 0.00 | 20.05 |
| 6/30/2008 | DEBT FWD | ALL DEBT AT CONVERSION | 0.00 | 0.05 | 0.00 | 0.05 |
| 6/30/2008 | BALANCE FWD | BALANCE AT CONVERSION | 0.05 | 0.05 | 0.00 | 0.05 |