**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** GREGORY D. SPENCE  **Defendant(s):** THE CITY OF GLENWOOD, et al

**County of Residence:** COOK  **County of Residence:**

**Plaintiff's Address:**  **Defendant's Attorney:**

Gregory D. Spence
#2008-0000463,
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**FILED**
SEP - 2 2008
9-2-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**08CV4977**
**JUDGE ZAGEL**
**MAG. JUDGE BROWN**

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:**  **Date:** 9/2/08